UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| THOMAS A. BATH, d/b/a INFINIA BUILDERS LLC | : | |
| Debtor | : | Bankruptcy No. 09-14724 |
| MONARCH CAPITAL CORP. | : | |
| Plaintiff | : | |
| v. | | |
| | : | |
| THOMAS A. BATH, d/b/a INFINIA BUILDERS LLC | : | Adversary No. 09-0304 |
| Defendant | : | |

............................................

ORDER

............................................

AND NOW, this 19th day of October 2010, for the reasons stated in the accompanying memorandum, it is hereby ordered as follows:

1. Summary judgment is entered in favor of plaintiff Monarch Capital Corp. and against defendant Thomas A. Bath on Count I of the complaint. The claim held by the plaintiff against the defendant is nondischargeable under 11 U.S.C. § 523(a)(2)(A). The amount of the nondischargeable claim shall be determined by any court of competent jurisdiction;

2. Count II of the complaint is dismissed as moot; and

3. Trial on Count III of the complaint shall take place on December 3, 2010

at 10:30 a.m. in Bankruptcy Courtroom #2.

*/s/ Bruce Fox*
_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Gabriel H. Halpern, Esq.
Pinilis Halpern LLP
160 Morris Street
Morristown, NJ 07960

James W. Zerillo, Esq.
Gultanoff & Associates
504 Swede Street
Norristown, PA 19401

Mr. Thomas J. Bath
40 East Indian Lane
Norristown, PA 19403

Ms. Barbara Townsend, Courtroom Deputy